■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL D'AUGUSTINO, Appellant. [708 NYS2d 777] —Judgment unanimously affirmed. Memorandum: County Court properly denied defendant's suppression motion following a hearing. The court's findings are afforded great weight (*see, People v Earley*, 244 AD2d 769, 770) and are supported by the record (*see, People v Mena-Cross*, 210 AD2d 745, 746, *lv denied* 86 NY2d 798; *People v Greenberg*, 187 AD2d 528, 529, *lv denied* 81 NY2d 971). Contrary to the contention of defendant, his

physical appearance and admitted drinking, together with his inability to pass sobriety tests, provided the arresting officer with probable cause to arrest him for driving while intoxicated (*see, People v Schmitt,* 262 AD2d 588, *lv denied* 94 NY2d 829; *People v Tittensor,* 244 AD2d 784, 784-785; *People v Schroeder,* 229 AD2d 917). (Appeal from Judgment of Ontario County Court, Harvey, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Wisner, Hurlbutt and Balio, JJ.